(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**
Jan 17 2019
Clerk, U.S. District Court
Western District of Texas

By: _____*CR*_____
Deputy

UNITED STATES OF AMERICA

vs.

**(1) CHRISTIAN FELIPE GUZMAN-URENA**

CASE NUMBER: **EP:19-M-00438(1) ATB**
USM Number:

Defendant.

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Christian Felipe Guzman-Urena, was represented by counsel, Damian Ryan George Rasmussen.

The defendant pled guilty to the complaint on January 17, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | January 12, 2019 |

As pronounced on January 17, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, January 17, 2019.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

bef

# United States District Court
## Western District of Texas
### El Paso Division

INITIAL APPEARANCE, PLEA AND SENTENCE

**Case Number: EP:19-M -00438(1) ATB**

DEFENDANT'S NAME: Christian Felipe Guzman-Urena
ATTY FOR DEFENDANT: Damian Ryan George Rasmussen

JUDGE: ANNE T. BERTON
AUSA: Michael Osterberg
DEPUTY CLERK: Cecilia Rodriguez
INTERPRETER: X Yes   ☐ No
COURT REPORTER: ERO
PROB. OFFICER:
PRETRIAL OFFICER:
DATE: January 17, 2019
TIME: __0__ Minutes    2:45-3:15

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| X  INITIAL APPEARANCE HELD | | X | |
| X  ARRAIGNMENT HELD | | X | |
| X  DFT INFORMED OF RIGHTS/oral consent to plea | | X | |
| X  GUILTY  DEFT [DftNo1]  COUNT(S): COMPLAINT | | | |
| X  GUILTY PLEA ACCEPTED BY THE COURT | | X | |
| ☐  Information Filed On _____ | | | |
| ☐  Motion to Dismiss Complaint filed on _____ | | | |
| ☐  Court Grants Motion to Dismiss on _____ | | | |
| ☐  Order Dismissing Complaint entered on _____ | | | |
| X  Oral Motion by AUSA to Remit Special Assessment | | X | |
| X  Oral Order Granting Oral Motion to Remit Special Assessment | | X | |
| X  SENTENCING HELD: Defendant sentenced to **Time Served**; No Fine; S/A REMITTED. | | | |

OTHER: _____

**United States District Court**
Western District of Texas
El Paso Division

FILED
Jan 17 2019
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | No: EP:19-M -00438(1) |
| § § | |
| **(1) CHRISTIAN FELIPE GUZMAN-URENA** § § | |
| *Defendant* | |

# ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Damian Ryan George Rasmussen, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 17th day of January, 2019.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
Western District of Texas
El Paso Division

FILED
January 17, 2019
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | **Case Number: EP:19-M -00438(1)** |
| § § | |
| **(1) CHRISTIAN FELIPE GUZMAN-URENA** § § | |

*Defendant*

## ORDER SETTING INITIAL APPEARANCE/MISDEMEANOR ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for INITIAL APPEARANCE/MISDEMEANOR ARRAIGNMENT in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

<u>**Thursday, January 17, 2019, at 03:00 PM**</u>

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **January 17, 2019.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:19-M -00438(1) - ATB |
| | § |
| (1) CHRISTIAN FELIPE GUZMAN-URENA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 12, 2019** in **Hudspeth** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Christian Felipe GUZMAN-Urena, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico on January 12, 2019, approximately 30 miles east of the Fort Hancock, Texas Port of Entry near Sierra Blanca, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers."

Continued on the attached sheet and made a part hereof:      [X] Yes  [ ] No

Sworn to before me,

Signature of Complainant
Martinez, David
Border Patrol Agent

January 17, 2019                                                    at    EL PASO, Texas
Date                                                                              City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 01:17 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) CHRISTIAN FELIPE GUZMAN-URENA

FACTS   (CONTINUED)

The DEFENDANT, Christian Felipe GUZMAN-Urena, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico on January 12, 2019, approximately 30 miles east of the Fort Hancock, Texas Port of Entry near Sierra Blanca, Texas, in the Western District of Texas.  The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE